UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-2107 JVS (ANx) | Date | May 21, 2010 |
| Title | Elsa Jimenez v. Kang's Distribution Inc., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   <u>Order to Show Cause why Sanctions should not be Issued for Failure to Comply with Court's Order</u>

      On July 17, 2009, the Court stayed this action pending settlement proceedings in a related action and removed the matter from the Court's active caseload.  The Court further ordered "counsel to file a joint report of the status not later than December 15, 2009, and every 120 days thereafter."  As of today the Court has not received a joint status report Since December 15, 2009.

      The Court hereby orders the parties to show cause (OSC) , in writing, not later than June 11, 2010, why sanctions should not be issued for failure to file the required joint status report.   The Court will consider filing of the joint status report, on or before June 11, 2010  as an appropriate response to this OSC.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |